**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00001-CV

### THE GOODYEAR TIRE & RUBBER COMPANY, Appellant

### V.

### VICKI LYNN ROGERS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARL ROGERS, NATALIE ROGERS AND COURTNEY DUGAT, Appellees

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-10-03294-E

## ORDER

The proceedings recorded in this appeal, and requested to be included in the reporter's record, are the MDL pretrial hearing and the trial. The pretrial hearing was recorded by Alexandra McMillen, deputy official court reporter of Harris County MDL Civil Court. The trial was recorded by Stephanie Moses, deputy official court reporter of County Court at Law No. 5, and Vikki Ogden, official court reporter of County Court at Law No. 5.

On September 11, 2015, we ordered Ms. Ogden to not sit until her portion of the reporter's record was filed and, at Ms. McMillen's request, extended the time for her to file the record of the pretrial hearing to Friday, September 18, 2015.

A review of our court records reflects Ms. Ogden timely filed a twenty-three volume record, consisting of both the pre-trial and trial proceedings, on August 31, 2015. However, volume 2, the record of the pre-trial hearing in which hundreds of exhibits were admitted, does not contain an exhibit index. Further, not all the exhibits admitted at the hearing are included in the record.

Consequently, we **VACATE** our September 11, 2015 order that Ms. Ogden not sit as a court reporter. We further **STRIKE** volume 2 of the reporter's record. **That portion of our September 11, 2015 order directing Ms. McMillen to file the record of the pretrial hearing no later than September 18, 2015 remains in effect.** That record shall be filed as a supplemental reporter's record, shall contain an exhibit index, and shall include a copy of all exhibits admitted at the pretrial hearing.

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable Mark Greenberg, Presiding Judge of County Court at Law No. 5; Ms. Ogden; Ms. McMillen; all parties; and the Dallas County Auditor.

/s/    CRAIG STODDART
JUSTICE